**EXHIBIT A**

# N.S. Support, L.L.C.

**(dba NeuroScience Associates)**

# Employee Handbook

PF 00213

# NeuroScience Associates
## Employee Handbook
## Table of Contents

**I.   GENERAL ADMINISTRATION OF PERSONNEL SYSTEM**........................ **5**

A.   PURPOSE AND PRINCIPLES OF THE EMPLOYEE HANDBOOK ..................................5

B.   ADMINISTRATION................................................................................................5

C.    EQUAL EMPLOYMENT OPPORTUNITY................................................................6

D.   AT-WILL EMPLOYMENT AND CONDUCT ...........................................................7

E.   ANTI-HARASSMENT AND ANTI-VIOLENCE ........................................................8

F.   COMPLAINT PROCEDURE ..................................................................................11

**II.   EMPLOYEE SELECTION AND ORIENTATION**.......................................... **11**

A.   EMPLOYEE HEALTH, ATTITUDE, CONDUCT, AND DRESS CODE.......................11

B.   EMPLOYMENT STATUS CATEGORIES ................................................................12

C.   EMPLOYEE ORIENTATION ................................................................................13

**III.  HOURS OF WORK**.......................................................................................... **14**

A.   GENERAL HOURS OF WORK .............................................................................14

B.   OVERTIME, CALLBACK, AND EMERGENCY WORK HOURS................................15

**IV.   COMPENSATION AND PAYROLL PRACTICES** ......................................... **16**

A.   COMPENSATION POLICY ...................................................................................16

B.   WAGE PLAN .....................................................................................................16

**V.    BENEFITS, HOLIDAYS AND LEAVE** .............................................................. **18**

A.   GENERAL PROVISIONS AND APPLICATIONS ......................................................18

B.   MEDICAL INSURANCE BENEFITS ......................................................................19

C.   RETIREMENT ....................................................................................................19

D.   WORKER'S COMPENSATION .............................................................................19

E.   HOLIDAYS ........................................................................................................20

F.   LEAVE ..............................................................................................................20

2

**VI.    PERFORMANCE EVALUATION AND PROMOTION**.................................. **24**

A.    PERFORMANCE EVALUATIONS ..................................................................24

B.    COMPENSATION REVIEW POLICY ...........................................................24

**VII.  TRAINING, SAFETY, AND EDUCATION** ....................................................... **25**

A.    TRAINING ...................................................................................................25

B.    SAFETY AND HEALTH................................................................................25

C.    EDUCATION ................................................................................................25

**VIII. SECURITY AND CONFIDENTIALITY** ............................................................ **26**

**IX.    EMPLOYMENT SEPARATION**.......................................................................... **26**

A.    RESIGNATIONS ..........................................................................................26

B.    CHECKOUT UPON SEPARATION ..............................................................27

C.    COBRA BENEFITS ......................................................................................27

**X.     MISCELLANEOUS** ............................................................................................... **27**

A.    CLEANLINESS ............................................................................................27

B.    SMOKING....................................................................................................27

C.    HOUSEKEEPING ........................................................................................27

D.    ACCOMMODATIONS FOR BREASTFEEDING MOTHERS .........................27

E.    POLICY QUESTIONS ..................................................................................28

F.    PARKING.....................................................................................................28

G.    PERSONAL APPEARANCE STANDARDS ...................................................28

H.    FINANCIAL AFFAIRS ..................................................................................28

I.     DISCIPLINE POLICY ...................................................................................28

J.     MEDICAL EMERGENCIES ..........................................................................29

K.    FIRE EMERGENCIES ...................................................................................29

L.     MOONLIGHTING ........................................................................................29

3

# N.S. SUPPORT, L.L.C.
# (dba NeuroScience Associates)
# EMPLOYEE HANDBOOK

THE PURPOSE OF THIS CLINIC IS TO PROVIDE HIGH
QUALITY HEALTH CARE IN A PROFESSIONAL AND
EFFICIENT MANNER WHILE MAINTAINING A WARM AND
CARING ATMOSPHERE FOR OUR PATIENTS.

THE STAFF IS AN IMPORTANT PART OF THE HEALTH
CARE TEAM. EACH PERSON ON THE STAFF IS AN
INTEGRAL PART OF THE TEAM AND MUST WORK TO
SUPPORT THE GOALS AND THE GROWTH OF THE
PRACTICE AS A WHOLE.

PF 00216

I.    **GENERAL ADMINISTRATION OF PERSONNEL SYSTEM**

A.    PURPOSE AND PRINCIPLES OF THE EMPLOYEE HANDBOOK

1.  It is the purpose of this Handbook to provide guidelines for managing personnel matters at NS Support, L.L.C. ("the Clinic").

2.  Employees deserve to be fully informed of their duties and responsibilities; to be provided with sound administrative and supervisory direction; to be informed of their performance levels; to be compensated based on the value of their contributions; and to be treated with dignity and respect at all times.

3.  The Clinic reserves the right to unilaterally revise, suspend, revoke, terminate or change any of its policies, in whole or in part, whether described within this Handbook or elsewhere, in its sole discretion.  If any discrepancy between this Handbook and current company policy arises, conform to current company policy.  Every effort will be made to keep you informed of the Clinic's policies; however, we cannot guarantee that notice of revisions will be provided.  Feel free to ask questions about any of the information within this Handbook.

4.  This Handbook supersedes and replaces any and all personnel policies and manuals previously distributed.

5.  This Handbook has been prepared to inform employees of the policies and procedures of the Clinic and to establish the Clinic's expectations. It is not all inclusive or intended to provide strict interpretations of our policies.  This Handbook is <u>not</u> a contract, expressed or implied, guarantying employment for any length of time and is not intended to induce an employee to accept employment with the Clinic.

B.    ADMINISTRATION

1.  These policies shall be interpreted, applied, and enforced by the management of the Clinic. While no business is free from day-to-day problems or unusual employment situations not covered by existing policy, it is the desire of the Clinic to foster effective policy dealing at all levels.

2.  To ensure fairness and consistency in these policies, the Clinic has designated the Chief Operating Officer to be responsible for centralized personnel operations. Ultimate authority for interpretation, application, and enforcement rest with the Chief Operating Officer or designee, who will be responsible for impartially resolving matters where questions or issues arise. The Chief Operating Officer or designee will additionally be responsible for such matters as:

5

a.   Initiation of amendments and revisions to these policies and procedures at times determined by the Clinic to be necessary or warranted;

b.   Initiation or revision of job descriptions, wage and salary schedules, benefit plans and programs, and performance evaluation systems;

c.   Recruitment, selection, evaluation, equal employment opportunity, and personnel records;

d.   Enforcement of all applicable state and federal employment laws and their resultant effect upon personnel policies, procedures, and practices; and

e.   Other duties that may be necessary to carry out the practices and provisions of a contemporary personnel system.

f.   The physicians, as the members of the Clinic, hold approval authority of office policy.

C.      EQUAL EMPLOYMENT OPPORTUNITY

1.   The Clinic is an equal opportunity employer. All employees have the right to work in a discrimination-free environment. The Company will not permit or condone any arbitrary discrimination in the workplace. It is our policy that all employment decisions will be made without regard to race, color, sex, creed, religion, age, national origin, disability or any other basis prohibited by state, local or federal laws. The Clinic does not discriminate against any applicant or employee in hiring or in the terms, conditions, and privileges of employment based upon pregnancy, childbirth, or related medical conditions. It is the Clinic's policy to employ, retain, promote, terminate, and otherwise treat any and all employees and job applicants on the basis of merit, qualifications, and competence. This policy shall be applied without regard to any individual's sex, race, religion, national origin, age, color, gender, gender identity, sexual orientation, pregnancy, physician or mental disability, genetic information, veteran or current or future military status or marital status. It shall be the responsibility of all employees to abide by and carry out the letter, spirit, and intent of this equal employment commitment.

2.   The Clinic will make reasonable accommodations for qualified employees with physical or mental disabilities and for employee's religious beliefs that conflict with a workplace rule or function.  If you

6

wish to discuss an accommodation, please contact your immediate supervisor or the Chief Operating Officer.

3. Except as may be required by the reasonable demands of a position (a bona fide occupational qualification), compliance with a lawful affirmative action plan, government reporting, or record-keeping requirements, the Clinic will not elicit information concerning race, color, religion, national origin, age, gender, gender identity, sexual orientation, pregnancy, physical or mental disability, genetic information, veteran, or current or future military status from applicants for employment.

D.     AT-WILL EMPLOYMENT AND CONDUCT

1. Every employee of the Clinic is an employee at will and may terminate his or her employment at any time for any reason or no reason. Likewise, the Clinic can discharge any employee for any reason or no reason, so long as the termination does not violate state and federal law. Nothing in this Handbook shall limit the right to terminate employment at-will. No manager, supervisor, or employee of the Clinic has any authority to enter into any agreement for employment for any specified period of time or to make any agreement for employment other than at-will. Only the Physician owners of NeuroScience Associates have the authority to make any such agreement and, then, only in writing.

2. An obligation rests with every employee of the Clinic to render honest, efficient, and courteous performance of duties. Employees will therefore be responsible and held accountable for adhering to all the clinic policies, rules, directives, and procedures.

3. Employees are expected to work together in a spirit of cooperation and to conduct themselves professionally at all times. Employees have a specific listing of duties. In addition, employees are expected to help others as needed, provided that this does not interfere with the completion of their primary responsibilities. In the event of absence or illness of co-workers, employees will be expected to substitute and cover additional duties as necessary.

4. The Clinic has a progressive discipline policy, and although certain types of conduct may be identified in this handbook as constituting grounds for discipline or discharge, the listing of types of conduct is not exclusive and should not be considered to be equivalent to a contract for limiting the reasons for which an employee of the Clinic can be terminated.

PF 00219

5. Although an employee may be immediately discharged for stealing clinic property, misusing clinic property or equipment, failing to follow clinic policy, creating a safety hazard, acting insubordinate to a supervisor, excessive absenteeism, performing his/her job incompletely, falsifying records, fighting or horseplay resulting in injury to person or property, breach of medical or business ethics, and breach of confidentiality, such listing of reasons for termination is not exhaustive and merely gives guidance to employees of some of the reasons why the Clinic may terminate employment in the future without prior notice.

6. Any employee or job applicant who feels that he or she has been subjected to discrimination by employees, officers, agents of patients of the Clinic is requested to report the incident or complaint directly to your immediate supervisor, Chief Operating Officer or The Physician Group Leader, who will investigate and attempt to resolve the situation.  Current employees can anonymously report discrimination concerns via the Compliance Suggestion Box.   You will be asked to give specific details of the alleged discriminating behavior either verbally or in writing.   It is helpful if dates, times, places, and witnesses can be provided.

7. All complaints will be investigated appropriately and promptly. The identity of the employee making the complaint, as well as the identity of the individual accused of discrimination, will be kept as confidential as is reasonably possible.  The complaining employee will be advised generally of the outcome of the investigation following its conclusion.

8. If the Clinic's investigation shows that the accused employee violated this policy, the Clinic will take appropriate disciplinary action, up to and including discharge.

9. It is contrary to company policy for a supervisor or any other employee to retaliate against any employee who raises a concern of discrimination or participates in a company investigation. Please report any retaliatory conduct to your immediate supervisor, the Chief Operating Officer or to The Physician Group Leader immediately.

E.    ANTI-HARASSMENT AND ANTI-VIOLENCE

1. The Clinic prohibits sexual harassment of its employees by other employees or outside parties.  Sexual harassment negatively affects morale, motivation and job performance. It is inappropriate, offensive, and illegal and will not be tolerated.

8

Sexual harassment means unwelcome sexual advances, requests for favors, and other offensive verbal or physical conduct of a sexual nature when: (a) submission to such conduct is made either explicitly or implicitly, a term or condition of an individual's employment; (b) submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual; or (c) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment can include unwelcome verbal behavior such as offensive comments, suggestions, jokes, or derogatory remarks based on sex; physical behavior such as unwanted pats, squeezes, pinching, repeatedly brushing against someone's body or impeding or blocking normal work or movements; physical assault of a sexual nature; and visual harassment such as posting sexually suggestive or derogatory pictures, cartoons or drawings, even at one's work station. It also can include unwanted sexual advances, pressure for sexual favors and/or basing employment decisions upon the employee's acquiescence to sexually harassing behavior in the workplace. Normal, courteous, mutually respectful, pleasant, non-coercive interactions between men and women, which are acceptable to both parties, are not considered sexual harassment.

If you believe that you have been subjected to sexual harassment, promptly report such incident(s) to your immediate supervisor, the Chief Operating Officer or The Physician Group Leader. If your complaint or concern relates to one of the above, you may report your concern to any other physician member of the Clinic.  If your complaint or concern cannot be resolved informally, it will be investigated and any necessary corrective measures will be undertaken.  In all cases, any employee found to be in violation of this policy shall have the appropriate disciplinary action taken against him or her, which may include immediate termination.

No employee will be retaliated against for making a complaint or for bringing such objectionable conduct to the Clinic's attention.

2.  The Clinic prohibits workplace harassment and discrimination.  We define this term broadly to include conduct that substantially interferes with an employee's work performance or creates an intimidating, hostile, or offensive work environment that is happening because of a person's race, color, religion, national origin, age, gender, pregnancy, sexual orientation, gender identity, physical or mental disability, genetic information, veteran, or current or future military status.  Workplace harassment based on an employee's race,

9

religion, age, or other protected status is a form of discriminatory behavior. It negatively affects morale, motivation, and job performance and may result in increased absenteeism, turnover, inefficiency, and loss of productivity. It will not be permitted in this Clinic.

Harassment can take many forms and is generally defined as unwelcome verbal or non-verbal conduct that denigrates or shows hostility or aversion toward a person because of the person's characteristics. Harrassment can include unwelcome slurs, comments, jokes, innuendos, compliments, pictures, cartoons, pranks, and/or other verbal or physical conduct which creates an intimidating, hostile, or offensive working environment or interferes with an individual's work performance or employment opportunities.

3. The Clinic prohibits any type of violence in the workplace. It is the Clinic's policy to provide a workplace that is safe and free from all threatening and intimidating conduct. Therefore, the Clinic will not tolerate violence or threats of violence of any form in the workplace, at work-related functions or outside of work if it affects the workplace. This policy applies to company employees, clients, customers, guests, vendors and persons doing business with the Clinic.

It is a violation of this policy to engage in any conduct, verbal or physical, that intimidates, endangers or creates the perception of intimidation or intent to harm persons or property. Examples include but are not limited to the following:

> Physical assaults or threats of physical assault, whether made in person or by other means (e.g., in writing or by phone, fax or email)

> b. Verbal conduct that is intimidating and has the purpose or effect of threatening the health or safety of another individual

> c. Any other conduct or acts that management believes represent an imminent or potential danger to safety or security

Anyone with questions or complaints about behaviors that fall under this policy may discuss them with a supervisor, the Chief Operating Officer or the Physician Group Leader. The Clinic will promptly and thoroughly investigate any reported occurrences or threats of violence. Violations of this policy will result in disciplinary action, up to and including immediate termination. When such actions involve non-employees, the Clinic will take action appropriate for the circumstances. When appropriate, the Clinic will also take any legal actions available and necessary to stop the conduct and protect the company, our employees and property

PF 00222

These policies apply to all applicants and employees and prohibit harassment, discrimination, and retaliation whether engaged in by fellow employees, by a supervisor, manager, Chief Operating Officer, or physicians, or by someone not directly connected to the Clinic, such as vendors, guests or members/clients/customers.

Conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings, and business-related social events.

As referenced above, the Clinic prohibits retaliation against any individual who reports discrimination or harassment or participates in an investigation of such reports. Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will be subject to disciplinary action.

F.  COMPLAINT PROCEDURE

If you at any time feel that you are being harassed, please confront the harasser and ask that the conduct stop. If you are uncomfortable doing this, or the conduct does not stop, be sure to bring this to the attention of your supervisor. If you ever feel you have witnessed harassment of others, bring it to the attention of your direct supervisor or the Chief Operating Officer or the Physician Group Leader, immediately.

Important Notice to All Employees: Employees who have experienced conduct they believe is contrary to this policy have an obligation to take advantage of this complaint procedure. An employee's failure to fulfill this obligation could affect his or her rights in pursuing legal action.

The Clinic will investigate the matter as discreetly as possible and inform you of the results of the investigation. If the investigation shows that the accused employee did engage in harassment, the Clinic will take appropriate disciplinary action, up to and including discharge. There will be no reprisal or retaliation for raising harassment concerns.

II.  **EMPLOYEE SELECTION AND ORIENTATION**

A.  EMPLOYEE HEALTH, ATTITUDE, CONDUCT, AND DRESS CODE

1.  As a professional, employees are required to conduct themselves in a professional manner at all times.

11

2.  It is expected that each employee will practice conservative taste in dress and appearance. Extremes should be avoided. All employees must practice good personal hygiene.  Dress code shall be black or khaki slacks/pants with your NSA shirt, scrubs or business casual attire.  If dressed inappropriately, your direct supervisor may ask you to correct the problem.

3.  Property of the Clinic is not for private use.  Company computers, internet and emails are a privileged resource and must be used only to complete essential job-related functions.  Employees are not permitted to download any software that has not been previously authorized by your supervisor.

4.  Employees are reminded that they should have no expectation of privacy in their use of company computers or equipment.  All documents, files, voice-mails and electronic information, including e-mails and other communications, created, received or maintained on or through company property are the property of the Clinic, not the employee.  Therefore, employees should have no expectation of privacy over those files or documents.

5.  Office phone/cellular phone use. Office and cellular phone use for personal reasons during business hours should be rare.  Personal calls during the work hours, regardless of the phone used can interfere with employee productivity and be distracting to others.

- Employees will clock out when they take a personal call.
- No photos or video of confidential business items is allowed.
- Texting and messaging is the same as a personal phone call.
- No using a cell phone while driving when on the clock for the Clinic.
- No personal long distance phone calls may occur from business phones.

**B.**     **EMPLOYMENT STATUS CATEGORIES**

1.  It is the policy of the Clinic to categorize the status of employees in order to make distinctions in benefits and conditions of employment among employees. Categories are determined as follows:

a.  Regular Full-Time Employees: Employees who have satisfactorily completed the orientation period and who regularly work 38 or greater hours per week.

PF 00224

b.   Regular Part-Time Employees: Employees who have satisfactorily completed the orientation period and work on average 25 hours per week.

c.   Temporary Employees: Employees holding jobs of limited or specified duration arising out of special projects, position vacancy pending appointment, the absence of a position incumbent, abnormal work loads, emergencies, or other reasons established by the Clinic. Temporary employees may work either full or part-time.

   i.   Non-exempt Employees: Employees covered by overtime pay and other distinctive provisions of the Fair Labor Standards Act or applicable state laws.  Such employees are entitled to overtime pay for work required to be performed by the Clinic over 40 hours per week. Vacation, sick, and holiday paid time off is not included in overtime calculations.  All employees of the Clinic are classified as non-exempt with the exceptions of the Chief Operating Officer, nurse practitioners, physician assistants, certified first assistants, and any other salaried employees, who are classified exempt.

   ii.   Exempt Employees:  Exempt employment status includes most of those working as executives, administrators, managers, professional staff, technical staff, sales representatives, officers, directors, and others whose duties and responsibilities allow them to be classified as being exempt from overtime pay provisions as provided by the Fair Labor Standards Act (FLSA) and any applicable state laws. If you are an exempt staff member, you are excluded from the compensatory and overtime pay provisions of the FLSA and may be required to work beyond your normal work week without compensatory time off or additional payment.

C.   EMPLOYEE ORIENTATION

1.   The Clinic believes that a smooth and thorough orientation of new employees results in a positive integration into the Clinic's operations, and will lead to a more productive and satisfying employment relationship. For this reason, new employees will undergo a three (3) month orientation period during which they will receive information about the Clinic's employment practices such as:

   a.   Personnel policies

   b.   Background information

13

    c.  Organizational functions

    d.  Employee's role in meeting clinical goals

    e.  Employee's job content and performance evaluation standards, job safety, promotional opportunities, and any other information deemed pertinent to promote employee orientation.

Eligible personal time off (PTO) will accrue starting with the first day of employment, but may not be taken until 30 days after the date of employment.

## III.   HOURS OF WORK

### A.   GENERAL HOURS OF WORK

1.  The Chief Operating Officer or designee, upon consultation with the physicians, will determine operational days and hours of work, or the modification thereof. Unless otherwise assigned, the normal days and hours or work are as follows:

a.  Office hours are from 8:00 AM to 5:00 PM, Monday through Friday. Work hours during the normal office hours may be changed or staggered at the discretion of the employee's supervisor or the Chief Operating Officer based on the needs and requirements of business operations.  Employees may only start their work day a maximum of 30 minutes prior to the start of business (7:30 am) on any given day. Exceptions to this rule should be only on rare occasions and pre-approved by the employee's supervisor in advance.

b.  An employee may be required to work an unscheduled day or period of hours within the same work week, in which case the unscheduled time worked shall be treated as a modified work schedule and not subject to overtime compensation on the basis of a changed work period unless the unscheduled time exceeds the normal 40 hour a week work schedule.

c.  Employee breaks will be designated by the employee's direct supervisor. All phones will be staffed unless special permission is granted by the Chief Operating Officer to have phones answered by the answering service.

d.  Employees are expected and required to report to their designated work locations at the prescribed time and ready to commence their work activity. Tardiness, unexcused absence, or failure to report as required may result in disciplinary action. In the event an employee cannot report to work as scheduled, the employee must notify their

14

direct supervisor prior to scheduled reporting time. In all cases of an employee's absence or tardiness, the employee shall provide the supervisor with a reason for the absence.

e. Excessive absenteeism, regardless of reason, which renders an employee insufficiently available for work may be grounds for disciplinary action, including termination.

B.      OVERTIME, CALLBACK, AND EMERGENCY WORK HOURS

1. As business or specific operational needs of the Clinic dictate, it may become periodically necessary for employees to be available for work beyond their daily or weekly work schedule, or to return to work after departing the Clinic premises, following completion of their normal work schedule. This shall be treated as overtime for non-exempt employees and it will be treated the overtime pay rate for each hour worked in excess of 40 in that workweek. All overtime must be authorized <u>in advance</u> by the employee's direct supervisor or the Chief Operating Officer.  Abuse of the above may be grounds for discipline.

2. Paid holidays, vacations and other forms of paid leave are not treated as time worked for purposes of computing overtime pay.

    a.  Work Schedule Exchanges.  The exchanging of workdays or work hours is generally discouraged because of its inherent disruptive effect on record keeping and continuity of work progress. However, under appropriate circumstances, such exchanges may be authorized on a limited basis. Exchange requests must be submitted in advance to the Chief Operating Officer, supervisor, or designee for approval.

    b.  Meals. Employees will take their meal at times and under conditions prescribed by their direct supervisor. It is the intent of this policy to provide opportunities for employees to meet their dietary and health needs, as well as to relax periodically from assigned work tasks.

    Employees are encouraged to use the staff lounge during meal breaks, and need specific approval to eat at their work stations if there is a business need, as determined by the supervisor.

    c.  Inclement weather/emergency closing.  On days when there is inclement weather, the Clinic encourages employees to use their discretion to avoid the early morning rush traffic, and stagger arrival at work.  Employees unable to arrive at their scheduled start time should notify their supervisor.  Supervisors may also send employees home early.

PF 00227

Staying home due to a inclement weather is unpaid time, which may be made up with PTO, as deemed appropriate between the employee and the supervisor.

At times, emergencies such as severe weather, fires, or power failures can disrupt company operations.  The decision to close the office will be made by the Chief Operating Officer.

When the decision is made to close the office, employees will receive official notification from their supervisors.

Time off from scheduled work due to emergency closings will be unpaid for all non-exempt employees.  However, if employees would like to be paid, they are permitted to use PTO time if it is available to them.  It is the Chief Operating Officer's discretion whether to override this section of the handbook.

## IV.   COMPENSATION AND PAYROLL PRACTICES

### A.   COMPENSATION POLICY

1. It is the policy of the Clinic to pay and provide other compensatory incentives to its employees in a competitive and equitable manner in order to attract and retain the most capable employees, who will contribute to their own success by their contributions to the Clinic. To accomplish the basic intent of this policy, the Clinic has established the following plan, provisions, and standards for employee compensation.

2. Additionally, the types of compensation provided in this handbook shall be regarded as payment in full for employee services rendered to the Clinic and no employee may accept any other compensation for services performed on behalf of the Clinic.

### B.    WAGE PLAN

1. Employee wages are determined by the physicians and the Chief Operating Officer. It is the Clinic's intent not to violate the principles, provisions, and standards set forth in the Equal Pay Act regarding equitability of pay among classes of work having the same or similar duties, responsibilities, requirements, and conditions of work.

   Paychecks will be issued biweekly.  Paychecks will not be given to anyone but the employee unless management is provided with a written authorization from the employee.

16

If an error is discovered in a paycheck, notify your supervisor immediately.

If a paycheck is lost or stolen, notify management immediately. The Clinic may ask the employee to wait a reasonable amount of time to see if the check clears the bank. If it does not, the Clinic will issue a new check to the employee only, unless a written authorization instructs otherwise.

2. The actual amount of your paycheck does not tell the whole story of your pay. Your real paycheck is the total before deductions. The Clinic is required to deduct from each employee's pay, where applicable, amounts including, but not limited to, federal and state withholding taxes, social security taxes, and any garnishments or court ordered assignments. Other deductions may be made, only with your written authorization, for items such as employee purchases, insurance contributions, and credit union accounts.

3. Deductions from pay may occur when an employee: is absent from work for one or more full days for personal reasons other than sickness or disability; for absences of one or more full days due to sickness or disability if the deduction is made in accordance with a bona fide plan, policy or practice of providing compensation for salary lost due to illness; to offset amounts employees receive as jury or witness fees, or for military pay; or for unpaid disciplinary suspensions of one or more full days imposed in good faith for workplace conduct rule infractions (see policy on penalties for workplace conduct rule infractions).

Also, you may not receive your full salary in the initial or final week of employment if you work less than a full week.  Full or partial day deductions may also occur as a penalty imposed in good faith for infractions of safety rules of major significance, or for weeks in which an exempt employee takes unpaid leave under the Family and Medical Leave Act. In these circumstances, either partial day or full day deductions may be made.

It is our policy to comply with the salary basis requirements of the Fair Labor Standards Act (FLSA). Therefore, we prohibit all company supervisors from making any improper deductions from the salaries of exempt employees. We want employees to be aware of this policy and that the company does not allow deductions that violate the Act.

If you believe that an improper deduction has been made to your salary, you should immediately report this information to your direct supervisor, or to the Chief Operating Officer.

PF 00229

Reports of improper deductions will be promptly investigated. If it is determined that an improper deduction has occurred, you will be promptly reimbursed for any improper deduction made.

4. Should the Clinic be served with a court-ordered assignment or garnishment on your wages, the Clinic is required by law to withhold the amount stated, and, as permitted by the garnishment limits of state law. In addition, the Clinic may also withhold a reasonable administrative fee.

C.    COMPENSATION UPON EMPLOYMENT SEPARATION

1. Employees leaving the Clinic will receive their final paycheck within the period prescribed by law. Final pay will consist of all hours worked from the last pay period to the employee's last day and hour of work, and any form of accrued hours deemed compensable in this handbook. The final paycheck may also be reduced by the amount or value of any offsets allowable by law, and normal deductions required.

2. Any property issued to the employee by the Clinic must be returned prior to or at the time the final paycheck is provided. Unless the employee asks to pick up the final paycheck in person, it will be mailed automatically to the employee's last known address on record. Returned paychecks will be held by the Clinic for a maximum period of thirty (30) calendar days.

V.    **BENEFITS, HOLIDAYS AND LEAVE**

A.    GENERAL PROVISIONS AND APPLICATIONS

1. The Clinic has established a variety of employee benefit programs designed to assist you and your eligible dependents in meeting the financial burdens that can result from illness and disability, and to help you plan for retirement. This portion of the Employee Handbook contains a very general description of the benefits to which you may be entitled as an employee of the Clinic. Please understand that this general explanation is not intended to, and does not, provide you with all the details of these benefits. Therefore, this Handbook does not change or otherwise interpret the terms of the official plan documents. Your rights can be determined only by referring to the full text of the official plan documents, which are available for your examination from the Human Resources Department. To the extent that any of the information contained in this Handbook is inconsistent with the official plan documents, the provisions of the official documents will govern in all cases.

18

PF 00230

2.  The Clinic strives to provide the best, most equitable and cost effective benefits for employees in recognition of the influence employment benefits have on the economic and personal welfare of each employee.

3.  Employees should likewise recognize that the total cost to provide the benefit program described herein is a significant supplement to each employee's pay, and should therefore be viewed as additional compensation, paid in various benefit forms, on behalf of each employee.

4.  Policies, provisions, and procedures that govern the Clinic's benefit program will apply to all regular, full-time and some part-time employees, as provided herein.

5.  Benefits are discretionary and may change at any time.  Employees will be notified upon any changes.

## B.  MEDICAL INSURANCE BENEFITS

1.  The first day of the month after the first thirty (30) days of employment, all full-time regular employees who work an average of thirty (30) or more hours per week are eligible to enroll in the Clinic's group health and dental plan.

2.  After three (3) months of employment, all full-time regular employees and who work an average of thirty-eight (38) hours or more per week are eligible to enroll in the Clinic's group life insurance plan.

## C.  RETIREMENT

The Clinic has established a 401k and Cash Balance Plans.  The Clinic offers a voluntary pre-tax salary reduction plan in which regular full-time and regular part-time employees (scheduled for and working a minimum of 30 hours per week), who are 21 years of age or older, may elect to participate. For employees hired after December 31, 2015, the waiting period is one year.  Employees must work at least 1,000 hours during that first year.  Further details about the Plan may be obtained from the Chief Operating Officer and the Plan document.

## D.  WORKER'S COMPENSATION

As required by law, the clinic provides worker's compensation benefits for the protection of employees with work-related injuries.   Worker's compensation insurance provides coverage to employees who receive job-related injuries.  If an employee is injured as a result of his/her job, it is the employee's responsibility to immediately notify a supervisor of their injury in order to receive benefits.  Report every injury to your supervisor,

19

who will advise on the proper procedure for submitting a worker's compensation claim.  Failure to report a worker-related injury could result in denial of benefits.

E.  HOLIDAYS

1. The following days will be observed as paid holidays. Employees will be paid at their normal rate for these days. Part-time employees will be paid for holidays only if the holiday falls on a day that they are normally scheduled to work.

> New Year's Day (January 1st)
> Martin Luther King Day
> President's Day
> Memorial Day (the Monday holiday)
> Independence Day (July 4th)
> Labor Day (the Monday holiday)
> Thanksgiving Day and the following Friday
> Christmas Day (December 25)
> Employee birthday

If the holiday falls on a Saturday, the office may be closed on Friday. If it falls on Sunday, the office may be closed on Monday. Occasional exceptions or specific changes to these rules will be posted on the on-call calendar.

2. Patterned absences such as before or after holidays or weekends are considered unexcused absences and may be subject to discipline.

F.  LEAVE

1. Paid Time Off (PTO) & Timekeeping

   a. To provide a competitive benefit structure and encourage less sick absence the Clinic has implemented a PTO (Paid Time Off) Plan.

   b. The following PTO accrual schedule has replaced the previous vacation and sick leave annual accrual schedule.

      i. Employees working at the Clinic from 0-5 years will accrue approximately 17 days a year;

      ii. Employees working at the Clinic from 6-10 years will accrue approximately 20 days per year; and

      iii. Employees working 10 years or longer will accrue approximately 25 days per year.

20

    iv.  Mid-level providers will not accrue PTO.

    v.  Unused PTO will be cashed out should you leave employment at the Clinic. The amount you would receive is the amount of accrued PTO, less any advanced PTO which has not already been deducted from your paycheck.  However, the amount of PTO paid to you shall not exceed the annual amount of your accrued PTO.

    vi.  For those employees who accrued legacy time under the prior system, legacy time shall only  be utilized for consecutive days of illness (six or more) after five consecutive days of PTO is utilized (for illness only), when accompanied by a physician's note..  Legacy time shall not be cashed out if you should leave the Clinic.

    vii.  PTO accrues for full and part time employees based on hours worked.   Your annual accrual schedule is available upon request from your supervisor or the Chief Operating Officer. PTO does not accrue for mid-level providers.

    viii.  If you do not have the PTO to use, contact your supervisor.  If you run out of PTO, upon approval the Clinic may offer to advance you PTO hours you have not yet accrued.   This should occur on only rare occasions and will be considered for extenuating circumstances only

    ix.  If you are full-time and you do not work your 38 hour work week, you must use your PTO time to make up the missed hours.  Accounting staff have authority to automatically use your PTO hours at time of payroll to meet the 38 hour work week requirement.

2.  Timekeeping

    a.  Full time hours are considered 38 worked hours per work week.

    b.  No employee can solely work from home.

    c.  No overtime is allowed at any time without the prior consent of your supervisor.  Employees will be paid overtime rate when overtime occurs.

PF 00233

d.  Employee may only start their shift up to 30 minutes prior to start of business hours. Exceptions should occur on only rare occasions and will be considered for extenuating circumstances only.

e.  Each supervisor will work with the employee to set their work week schedule.

f.  The employee is responsible to clock in and out of the time system.

g.  Time off requests will be requested in writing and decided by your immediate supervisor.  If you are denied a day off, and you call in sick on the same date, you may be subject to immediate termination.

h.  Make up hours should be rare.  This can be discussed with your direct supervisor.

i.  Lunch breaks may be reduced to 30 minutes, under the discretion of your supervisor.

j.  For tracking purposes, all employees will use the time clock to report hours. This includes exempt employees for benefit tracking.

k.  Employees must clock out for lunch and not work during this period.   If you leave the building for lunch or other non-work related reasons, you must clock out. This is a compliance requirement.

l.  If you need more work to fulfill your required hours, ask your surrounding staff if they need help, ask your supervisor what to do, help out Clinic staff, clean the office, etc.

3.  Court Leave

a.  Employees called to serve jury duty must notify the Chief Operating Officer, their direct supervisor or designee of the jury summons and the period they are on call. If they are selected to serve on a jury, the absence will be an excused absence, and they will be paid the difference between the salary or wages they would have made had they worked that day, without considering any overtime, less the amount of money they received for the jury service.

b.  If jury days are partial (less than normal working hours) the employee is expected to report to work the remainder of the day.

4.  Maternity Leave

22

    a.  A leave of absence without pay will be granted to all pregnant employees requesting maternity leave. Leave will start and end at the recommendation of the employee's physician.

    b.  The employee will be expected to return to work full time at the end of that time period.

    c.  Accrued PTO may be taken during this time, but will not accrue during maternity leave.

5.  Bereavement Leave

    a.  In the event of serious illness or death in an employee's immediate family, regular full-time employees will be granted a leave of absence. Three (3) days of paid bereavement leave will be granted. All requests must be approved by the Chief Operating Officer. Immediate family includes the employee, the employee's spouse, and their children, parents, step-parents, step-children, sisters, brothers, grandparents, and grandchildren.

6.  Military Leave

    a.  Employees who leave the Clinic from a regular full-time position for service in the Armed Forces will be granted an unpaid military leave. They are entitled to reemployment rights upon their honorable separation or discharge, provided application for reemployment is made within ninety (90) days following release from active duty. The Clinic will cooperate with members of the Reserve and Guard in scheduling leave needed for active duty. Reservists must make application for reemployment within 31 days of leaving active duty.

    b.  An employee who is a member of a Reserve or National Guard unit may be granted leave without pay to attend the regular training programs. Accrued leave benefits, if available, may be used for leave if the employee desires. A written request for leave, along with a copy of military orders, should be presented to the Chief Operating Officer as soon as the military advises the employee of the training schedule.

7. Other Leave

    If it becomes necessary for you to be away from employment for an extended period of time, please consult with your supervisor or the Chief Operating Officer.  Regular full-time employees may request an unpaid leave of absence after using all of their PTO.  A request for a leave of absence must be submitted in writing in advance to your supervisor or the Chief Operating Officer.  Leave of absences that are granted are unpaid and will not be considered until an employee has

PF 00235

exhausted all appropriate accrued leave balances. Continuation of employee benefits during a leave of absence will be addressed on an individual basis, as required by law. PTO will not accrue during a leave of absence.

## VI.   PERFORMANCE EVALUATION AND PROMOTION

### A.   PERFORMANCE EVALUATIONS

1. The Clinic maintains a policy of evaluating the job performance of its employees as a means of measuring efficiency and effectiveness of operations, providing employees with meaningful information about their work, and aiding the Clinic in making personnel decisions relate to such areas as training, compensation, promotion, job assignments, retention, and long-range planning.

2. Evaluation of employees is intended to be participatory in nature, involving the employee's input.

3. Among the factors evaluated during performance reviews are: the employee's quality and quantity of work, work habits, pleasantness, cooperation, loyalty, attitude, interpersonal relations, support of team effort, initiative, punctuality, attendance, dependability, and adaptability to job conditions.

4. Each performance evaluation will be discussed with the applicable employee to point out both areas of successful performance and areas that need improvement or that are unacceptable. Employees are encouraged to comment about their work performance, in writing or verbally, and to discuss working conditions and offer suggestions for improving business operations.

5. The employee's direct supervisor, physician or the Chief Operating Officer will meet with employees during and at the end of the orientation period. Performance evaluations will thereafter be conducted periodically by the employee's direct supervisor, physician or the Chief Operating Officer.

### B.  COMPENSATION REVIEW POLICY

1. Employee's compensation will be reviewed periodically. Compensation increases are the sole discretion of the employer.

2. Compensation increases are not automatic and not on an annual basis but are based on the ability of the Clinic to pay and the employee's job performance.

24

**VII.    TRAINING, SAFETY, AND EDUCATION**

    A.    TRAINING

        1.  The Clinic believes that training is an integral part of the success and efficiency of its operation, and instrumental to employee development and career advancement.

        2.  Responsibility for the development of employee training programs is assigned to the employee's direct supervisor, who will review training needs at regular intervals to assure that effective training is accomplished within the Clinic's financial resources and training priorities.

    B.    SAFETY AND HEALTH

        1.  The health and safety of employees and others on the Clinic's property are of the utmost concern. It is therefore the policy of the Clinic to strive for the highest possible level of safety in all activities and operations, and to carry out our commitment of compliance with all health and safety laws applicable to our practice by enlisting the help of all employees to ensure that public and work areas are free of hazardous conditions.

        2.  The Clinic will make every effort to provide working conditions that are as healthy and safe as feasible, and employees are expected to be equally conscientious about work-place safety, including proper work methods, reporting potential hazards and abating known hazards.

        3.  Unsafe work conditions in any work area that might result in an accident should be reported immediately to the employee's direct supervisor or the Chief Operating Officer. The Clinic's safety policy and practices will be strictly enforced, including possible termination of employees found to be willfully negligent in the safe performance of their jobs.

    C.    EDUCATION

        The Clinic may be willing to reimburse employees for the tuition after successful completion of courses taken relative to the employee's job. All requests for reimbursement must be submitted (prior to commencement of selected course) via email to the employee's direct supervisor for case-by-case review. The course must be taken on the

employee's time, without pay, unless an exception is approved in advance.

## VIII.   SECURITY AND CONFIDENTIALITY

1. It is the policy of the Clinic to maintain strict control over entrance to the premises, access to work locations and records, computer information, and cash or other items of monetary value. Employees who are assigned keys, given special access, or assigned job responsibilities in connection with the safety, security, or confidentiality of such records, material, equipment, or items of monetary or business value will be required to use sound judgment and discretion in carrying out their duties, and will be held accountable for any wrongdoing or acts of indiscretion.

2. Employees are bound by legal and moral obligation to insure ALL information regarding the Clinic's physicians, employees, patients and their illnesses, should not be divulged to anyone other than persons who have a right to know, or are authorized by appropriate authority to receive such information. This policy of handling confidential information extends to both external and internal disclosure.

3. Confidential information obtained as a result of employment with the Clinic is not to be used by an employee for the purpose of furthering any private interest, or as a means of making personal gains. Use or disclosure of such information can result in civil and criminal penalties, both for the individual involved and for the Clinic.

4. Employees are prohibited from answering any questions or releasing any information outside the Clinic regarding patient files, illness or personal life, without written consent from the patient and the physician. Unauthorized release of confidential information will be grounds for immediate termination of employment.

## IX.   EMPLOYMENT SEPARATION

### A.   RESIGNATIONS

1. An employee wishing to leave employment with the Clinic in good standing are encouraged to file a written resignation with the employee's direct supervisor or the Chief Operating Officer at least two (2) weeks prior to the effective date.

2. Failure of the employee to give such notice will be noted on the employee's service record, and may result in denial of future employment by the Clinic.

PF 00238

B.       CHECKOUT UPON SEPARATION

Employees who resign, retire, or are discharged will be required to turn in any clinic-owned property or working material to their direct supervisor no later than their final workday. Employees may also be asked to complete and discuss details provided by the exit interview form with their direct supervisor and/or the Chief Operating Officer.

C.       COBRA BENEFITS

Under the federal Consolidated Omnibus Budget Reconciliation Act (COBRA) an employee who terminates employment (for reasons other than gross misconduct on the employee's part) or who loses health and dental coverage due to a reduction in work hours may temporarily continue group health and dental coverage for him/herself, his/her spouse, and any covered dependent children at the full premium rate plus administrative fees.  That eligibility normally extends for a period of 18 months from the qualifying date.  For more information, please contact the Chief Operating Officer.

X.      **MISCELLANEOUS**

A.       CLEANLINESS

Cleanliness is vital to the business practices of the Clinic. Failure to insure good sterilization and personal hygiene habits may spread disease from patient to patient or from patient to employee. Therefore, it is required that employees keep their clothing clean and wash their hands before and after touching a patient.

B.       SMOKING

Smoking is prohibited in the office by employees, patients, and visitors. Smoking is currently prohibited on the Boise facility grounds per hospital policy.

C.       HOUSEKEEPING

Each employee is responsible for maintaining a clean, uncluttered workstation. At the end of each day, desks should be neat and all machines turned off and covered. Each employee is responsible for keeping the lounge and kitchen area clean after each use.

D.       ACCOMMODATIONS FOR BREASTFEEDING MOTHERS

PF 00239

The Clinic supports new mothers by providing a private space and reasonable time for expressing milk, in accordance with law, provided the employee offers reasonable notice of her intent upon returning to work. Generally, this is provided for up to one year after the child's birth.

E.     POLICY QUESTIONS

Any questions of comments relating to content or interpretation of these personnel policies should be directed to the employee's direct supervisor or the Chief Operating Officer.

F.     PARKING

All employees will park out near the helicopter pad or other employee parking area.  Employees with prior authorization may park in the Clinic assigned parking area.

G.     PERSONAL APPEARANCE STANDARDS

1.  Employees will be expected to present themselves during working hours in attire that is appropriate to their position and the nature of work performed.

2.  Employees having personal contact with patients and the general public should be particularly conscious of maintaining dress, grooming, and hygiene standards that present the business image desired by the Clinic.  Dress code shall be black or khaki pants with your NSA shirt, scrubs or business casual attire.

H.     FINANCIAL AFFAIRS

Employees are cautioned that the Clinic does not condone, nor assume any liability for, the practice of lending or borrowing money, or anything of monetary or personal value, between employees. Employees, who voluntarily participate in such activity or create these obligations, do so at their own risk.

I.     DISCIPLINE POLICY

1.  As a matter of policy, the Clinic seeks to resolve conduct and performance problems in the most informal and positive manner possible.

2.  To insure the equitable processing of disciplinary actions, the Chief Operating Officer, direct supervisor, or designee is responsible for the proper handling of such matters, including the assurance that employee rights are protected and that appropriate action is taken when circumstances warrant.  The Chief Operating Officer, direct supervisor

28

or the designee may or may not choose to follow the progressive discipline types listed below.

3.  The types of discipline that may occur, but are not required, are as follows in general order of increasing formality and seriousness:

> Verbal reprimand
> Written reprimand
> Suspension
> Termination

J.   MEDICAL EMERGENCIES

In the event of a medical emergency, the following steps are to be taken:

a.  Summon an ambulance – dial 9-1-1.

b.  Advise a fellow employee to notify a member of management that a medical emergency is under way.

c.  Inform another coworker to wait at the front door for the ambulance service to direct them to the injured or ill person.

Management will notify the employee or patient's emergency contact person of the situation.

K.   FIRE EMERGENCIES

In the event of fire, leave the building by means of stairways. Do not use the elevators. Follow the posted evacuation plans for your area of the building. Leave the premises immediately and gather in the designated parking lot location. 9-1-1 should be called only after safely evacuating the building.

L.   MOONLIGHTING

The Clinic discourages outside employment as this may impact your job performance with our company.   The Clinic's expectation is that employees will show up present, prompt and prepared to fulfill his or her job description.   If employees are attempting to manage multiple employment responsibilities, inevitably job performance is negatively affected.   Fatigue, transportation problems, lack of sleep, and poor attentiveness have the potential to jeopardize patient care and safety.

The Clinic may ask the employee to terminate the outside employment if he or she wishes to remain with the Clinic.  If the outside employment presents a conflict of interest as determined by leadership of the Clinic, the

29

employee may be asked to make an employment choice.  If you are contemplating additional employment outside of the Clinic, it is suggested that you discuss this with your supervisor or Physician.

Work assignments and schedules will not be changed for you to perform duties not related to the Clinic.

30

PF 00242

# NEUROSCIENCE ASSOCIATES

## EMPLOYEE ACKNOWLEDGMENT FORM

I have been given access to the Policy and Procedure Manual, which is located on our shared drive.  I have reviewed and understand its contents. I understand that I can access these policies at will and seek clarification as necessary.  I understand that, with the exception of the at-will provision, the other provisions of these policies and procedures, including benefit programs, may be changed at any time by the company on reasonable notice subject to applicable law. I also understand that the Clinic does not guarantee me specific benefits.

I have read and agree to abide by the Clinic's Policies and Procedures:


_____          _____
Employee Signature                                                                                Date

31

PF 00243

# NEUROSCIENCE ASSOCIATES

## EMPLOYEE ACKNOWLEDGMENT FORM

I have been given access to the Policy and Procedure Manual, which is located on our shared drive.  I have reviewed and understand its contents. I understand that I can access these policies at will and seek clarification as necessary.  I understand that, with the exception of the at-will provision, the other provisions of these policies and procedures, including benefit programs, may be changed at any time by the company on reasonable notice subject to applicable law. I also understand that the Clinic does not guarantee me specific benefits.

I have read and agree to abide by the Clinic's Policies and Procedures:

_____          _____

Employee Signature                                                                                    Date

32

PF 00244

# N.S. Support, L.L.C.

## (dba NeuroScience Associates)

# Employee Handbook

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

PF 00001

# NeuroScience Associates
## Employee Handbook
## Table of Contents

**I.   GENERAL ADMINISTRATION OF PERSONNEL SYSTEM** .......................... **5**

A.   PURPOSE AND PRINCIPLES OF THE EMPLOYEE HANDBOOK ...............................................5

B.   ADMINISTRATION .................................................................................................................5

C.   EQUAL EMPLOYMENT OPPORTUNITY ..................................................................................6

D.   AT-WILL EMPLOYMENT AND CONDUCT ..............................................................................7

E.   ANTI-HARASSMENT AND ANTI-VIOLENCE .........................................................................8

F.   COMPLAINT PROCEDURE .....................................................................................................11

**II.   EMPLOYEE SELECTION AND ORIENTATION** .......................................... **11**

A.   EMPLOYEE HEALTH, ATTITUDE, CONDUCT, AND DRESS CODE ........................................11

B.   EMPLOYMENT STATUS CATEGORIES ..................................................................................12

C.   EMPLOYEE ORIENTATION ...................................................................................................13

**III.   HOURS OF WORK** ......................................................................................... **14**

A.   GENERAL HOURS OF WORK ................................................................................................14

B.   OVERTIME, CALLBACK, AND EMERGENCY WORK HOURS ...............................................15

**IV.   COMPENSATION AND PAYROLL PRACTICES** ......................................... **16**

A.   COMPENSATION POLICY ......................................................................................................16

B.   WAGE PLAN ........................................................................................................................17

C.   COMPENSATION UPON EMPLOYMENT SEPARATION ………………………………………18

**V.   BENEFITS, HOLIDAYS AND LEAVE** .................................................................. **18**

A.   GENERAL PROVISIONS AND APPLICATIONS .......................................................................18

B.   MEDICAL INSURANCE BENEFITS .........................................................................................19

C.   RETIREMENT ........................................................................................................................19

D.   WORKER'S COMPENSATION ...............................................................................................20

E.   HOLIDAYS ...........................................................................................................................20

PF 00002

F.   LEAVE ............................................................................................................20

## VI.   PERFORMANCE EVALUATION AND PROMOTION................................... 25

A.   PERFORMANCE EVALUATIONS ..............................................................25

B.   COMPENSATION REVIEW POLICY ..........................................................25

## VII.  TRAINING, SAFETY, AND EDUCATION ...................................................... 26

A.   TRAINING ...............................................................................................26

B.   SAFETY AND HEALTH ..............................................................................26

C.   EDUCATION .............................................................................................26

## VIII. SECURITY AND CONFIDENTIALITY ........................................................... 27

## IX.   EMPLOYMENT SEPARATION..................................................................... 27

A.   RESIGNATIONS ........................................................................................27

B.   CHECKOUT UPON SEPARATION ...............................................................28

C.   COBRA BENEFITS ....................................................................................28

## X.    MISCELLANEOUS ..................................................................................... 28

A.   CLEANLINESS..........................................................................................28

B.   SMOKING.................................................................................................28

C.   HOUSEKEEPING .......................................................................................28

D.   ACCOMMODATIONS FOR BREASTFEEDING MOTHERS ..........................28

E.   POLICY QUESTIONS .................................................................................29

F.   PARKING..................................................................................................29

G.   PERSONAL APPEARANCE STANDARDS .....................................................29

H.   FINANCIAL AFFAIRS ................................................................................29

I.    DISCIPLINE POLICY .................................................................................29

J.    MEDICAL EMERGENCIES .........................................................................30

K.   FIRE EMERGENCIES .................................................................................30

L.   MOONLIGHTING ......................................................................................30

PF 00003

# N.S. SUPPORT, L.L.C.
# (dba NeuroScience Associates)
# EMPLOYEE HANDBOOK

THE PURPOSE OF THIS CLINIC IS TO PROVIDE HIGH
QUALITY HEALTH CARE IN A PROFESSIONAL AND
EFFICIENT MANNER WHILE MAINTAINING A WARM AND
CARING ATMOSPHERE FOR OUR PATIENTS.

THE STAFF IS AN IMPORTANT PART OF THE HEALTH
CARE TEAM. EACH PERSON ON THE STAFF IS AN
INTEGRAL PART OF THE TEAM AND MUST WORK TO
SUPPORT THE GOALS AND THE GROWTH OF THE
PRACTICE AS A WHOLE.

PF 00004

I.    **GENERAL ADMINISTRATION OF PERSONNEL SYSTEM**

A.    PURPOSE AND PRINCIPLES OF THE EMPLOYEE HANDBOOK

1.  It is the purpose of this Handbook to provide guidelines for managing personnel matters at NS Support, L.L.C. ("the Clinic").

2.  Employees deserve to be fully informed of their duties and responsibilities; to be provided with sound administrative and supervisory direction; to be informed of their performance levels; to be compensated based on the value of their contributions; and to be treated with dignity and respect at all times.

3.  The Clinic reserves the right to unilaterally revise, suspend, revoke, terminate or change any of its policies, in whole or in part, whether described within this Handbook or elsewhere, in its sole discretion. If any discrepancy between this Handbook and current company policy arises, conform to current company policy. Every effort will be made to keep you informed of the Clinic's policies; however, we cannot guarantee that notice of revisions will be provided. Feel free to ask questions about any of the information within this Handbook.

4.  This Handbook supersedes and replaces any and all personnel policies and manuals previously distributed. All non-provider employees will abide by the rules set forth in this Handbook regardless of clinic assignment or designation.

5.  This Handbook has been prepared to inform employees of the policies and procedures of the Clinic and to establish the Clinic's expectations. It is not all inclusive or intended to provide strict interpretations of our policies. This Handbook is _not_ a contract, expressed or implied, guarantying employment for any length of time and is not intended to induce an employee to accept employment with the Clinic.

B.    ADMINISTRATION

1.  These policies shall be interpreted, applied, and enforced by the management of the Clinic. While no business is free from day-to-day problems or unusual employment situations not covered by existing policy, it is the desire of the Clinic to foster effective policy dealing at all levels.

2.  To ensure fairness and consistency in these policies, the Clinic has designated the Chief Operating Officer to be responsible for centralized personnel operations. Ultimate authority for interpretation, application, and enforcement rest with the Chief Operating Officer or designee, who will be responsible for impartially resolving matters

where questions or issues arise. The Chief Operating Officer or designee will additionally be responsible for such matters as:

a.   Initiation of amendments and revisions to these policies and procedures at times determined by the Clinic to be necessary or warranted;

b.   Initiation or revision of job descriptions, wage and salary schedules, benefit plans and programs, and performance evaluation systems;

c.   Recruitment, selection, evaluation, equal employment opportunity, and personnel records;

d.   Enforcement of all applicable state and federal employment laws and their resultant effect upon personnel policies, procedures, and practices; and

e.   Other duties that may be necessary to carry out the practices and provisions of a contemporary personnel system.

f.   The physicians, as the members of the Clinic, hold approval authority of office policy.

C.    EQUAL EMPLOYMENT OPPORTUNITY

1.  The Clinic is an equal opportunity employer. All employees have the right to work in a discrimination-free environment. The Company will not permit or condone any arbitrary discrimination in the workplace. It is our policy that all employment decisions will be made without regard to race, color, sex, creed, religion, age, national origin, disability or any other basis prohibited by state, local or federal laws. The Clinic does not discriminate against any applicant or employee in hiring or in the terms, conditions, and privileges of employment based upon pregnancy, childbirth, or related medical conditions. It is the Clinic's policy to employ, retain, promote, terminate, and otherwise treat any and all employees and job applicants on the basis of merit, qualifications, and competence. This policy shall be applied without regard to any individual's sex, race, religion, national origin, age, color, gender, gender identity, sexual orientation, pregnancy, physician or mental disability, genetic information, veteran or current or future military status or marital status. It shall be the responsibility of all employees to abide by and carry out the letter, spirit, and intent of this equal employment commitment.

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

PF 00006

2. The Clinic will make reasonable accommodations for qualified employees with physical or mental disabilities and for employee's religious beliefs that conflict with a workplace rule or function. If you wish to discuss an accommodation, please contact your immediate supervisor or the Chief Operating Officer.

3. Except as may be required by the reasonable demands of a position (a bona fide occupational qualification), compliance with a lawful affirmative action plan, government reporting, or record-keeping requirements, the Clinic will not elicit information concerning race, color, religion, national origin, age, gender, gender identity, sexual orientation, pregnancy, physical or mental disability, genetic information, veteran, or current or future military status from applicants for employment.

D.     AT-WILL EMPLOYMENT AND CONDUCT

1. Every employee of the Clinic is an employee at will and may terminate his or her employment at any time for any reason or no reason. Likewise, the Clinic can discharge any employee for any reason or no reason, so long as the termination does not violate state and federal law. Nothing in this Handbook shall limit the right to terminate employment at-will. No manager, supervisor, or employee of the Clinic has any authority to enter into any agreement for employment for any specified period of time or to make any agreement for employment other than at-will. Only the Physician owners of NeuroScience Associates have the authority to make any such agreement and, then, only in writing.

2. An obligation rests with every employee of the Clinic to render honest, efficient, and courteous performance of duties. Employees will therefore be responsible and held accountable for adhering to all the clinic policies, rules, directives, and procedures.

3. Employees are expected to work together in a spirit of cooperation and to conduct themselves professionally at all times. Employees have a specific listing of duties. In addition, employees are expected to help others as needed, provided that this does not interfere with the completion of their primary responsibilities. In the event of absence or illness of co-workers, employees will be expected to substitute and cover additional duties as necessary.

4. The Clinic has a progressive discipline policy, and although certain types of conduct may be identified in this handbook as constituting grounds for discipline or discharge, the listing of types of conduct is not exclusive and should not be considered to be equivalent to a

PF 00007

contract for limiting the reasons for which an employee of the Clinic can be terminated.

5. Although an employee may be immediately discharged for stealing clinic property, misusing clinic property or equipment, failing to follow clinic policy, creating a safety hazard, acting insubordinate to a supervisor, excessive absenteeism, performing his/her job incompletely, falsifying records, fighting or horseplay resulting in injury to person or property, breach of medical or business ethics, and breach of confidentiality, such listing of reasons for termination is not exhaustive and merely gives guidance to employees of some of the reasons why the Clinic may terminate employment in the future without prior notice.

6. Any employee or job applicant who feels that he or she has been subjected to discrimination by employees, officers, agents of patients of the Clinic is requested to report the incident or complaint directly to your immediate supervisor, Chief Operating Officer or The Physician Group Leader, who will investigate and attempt to resolve the situation.  Current employees can anonymously report discrimination concerns via the Compliance Suggestion Box.   You will be asked to give specific details of the alleged discriminating behavior either verbally or in writing.   It is helpful if dates, times, places, and witnesses can be provided.

7. Please reach out to your immediate supervisor, the COO or the Physician Group Leader if you have a complaint or concern.   All complaints will be investigated appropriately and promptly. The identity of the employee making the complaint, as well as the identity of the individual accused of discrimination, will be kept as confidential as is reasonably possible.  The complaining employee will be advised generally of the outcome of the investigation following its conclusion.

8. If the Clinic's investigation shows that the accused employee violated this policy, the Clinic will take appropriate disciplinary action, up to and including discharge.

9. It is contrary to company policy for a supervisor or any other employee to retaliate against any employee who raises a concern of discrimination or participates in a company investigation. Please report any retaliatory conduct to your immediate supervisor, the Chief Operating Officer or to the Physician Group Leader immediately.

E.    ANTI-HARASSMENT AND ANTI-VIOLENCE

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

PF 00008

1. The Clinic prohibits sexual harassment of its employees by other employees or outside parties. Sexual harassment negatively affects morale, motivation and job performance. It is inappropriate, offensive, and illegal and will not be tolerated.

   Sexual harassment means unwelcome sexual advances, requests for favors, and other offensive verbal or physical conduct of a sexual nature when: (a) submission to such conduct is made either explicitly or implicitly, a term or condition of an individual's employment; (b) submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual; or (c) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

   Sexual harassment can include unwelcome verbal behavior such as offensive comments, suggestions, jokes, or derogatory remarks based on sex; physical behavior such as unwanted pats, squeezes, pinching, repeatedly brushing against someone's body or impeding or blocking normal work or movements; physical assault of a sexual nature; and visual harassment such as posting sexually suggestive or derogatory pictures, cartoons or drawings, even at one's work station. It also can include unwanted sexual advances, pressure for sexual favors and/or basing employment decisions upon the employee's acquiescence to sexually harassing behavior in the workplace. Normal, courteous, mutually respectful, pleasant, non-coercive interactions between men and women, which are acceptable to both parties, are not considered sexual harassment.

   If you believe that you have been subjected to sexual harassment, promptly report such incident(s) to your immediate supervisor, the Chief Operating Officer or The Physician Group Leader. If your complaint or concern relates to one of the above, you may report your concern to any other physician member of the Clinic. If your complaint or concern cannot be resolved informally, it will be investigated, and any necessary corrective measures will be undertaken. In all cases, any employee found to be in violation of this policy shall have the appropriate disciplinary action taken against him or her, which may include immediate termination.

   No employee will be retaliated against for making a complaint or for bringing such objectionable conduct to the Clinic's attention.

2. The Clinic prohibits workplace harassment and discrimination. We define this term broadly to include conduct that substantially interferes with an employee's work performance or creates an

intimidating, hostile, or offensive work environment that is happening because of a person's race, color, religion, national origin, age, gender, pregnancy, sexual orientation, gender identity, physical or mental disability, genetic information, veteran, or current or future military status.  Workplace harassment based on an employee's race, religion, age, or other protected status is a form of discriminatory behavior. It negatively affects morale, motivation, and job performance and may result in increased absenteeism, turnover, inefficiency, and loss of productivity. It will not be permitted in this Clinic.

Harassment can take many forms and is generally defined as unwelcome verbal or non-verbal conduct that denigrates or shows hostility or aversion toward a person because of the person's characteristics.  Harrassment can include unwelcome slurs, comments, jokes, innuendos, compliments, pictures, cartoons, pranks, and/or other verbal or physical conduct which creates an intimidating, hostile, or offensive working environment or interferes with an individual's work performance or employment opportunities.

3.  The Clinic prohibits any type of violence in the workplace.  It is the Clinic's policy to provide a workplace that is safe and free from all threatening and intimidating conduct. Therefore, the Clinic will not tolerate violence or threats of violence of any form in the workplace, at work-related functions or outside of work if it affects the workplace. This policy applies to company employees, clients, customers, guests, vendors and persons doing business with the Clinic.

It is a violation of this policy to engage in any conduct, verbal or physical, that intimidates, endangers or creates the perception of intimidation or intent to harm persons or property. Examples include but are not limited to the following:

Physical assaults or threats of physical assault, whether made in person or by other means (e.g., in writing or by phone, fax or email)

b.  Verbal conduct that is intimidating and has the purpose or effect of threatening the health or safety of another individual

c.  Any other conduct or acts that management believes represent an imminent or potential danger to safety or security

Anyone with questions or complaints about behaviors that fall under this policy may discuss them with a supervisor, the Chief Operating Officer or the Physician Group Leader. The Clinic will promptly and thoroughly investigate any reported occurrences or threats of violence. Violations of this policy will result in disciplinary action, up to and including immediate termination. When such actions involve non-employees, the

PF 00010

Clinic will take action appropriate for the circumstances. When appropriate, the Clinic will also take any legal actions available and necessary to stop the conduct and protect the company, our employees and property

These policies apply to all applicants and employees and prohibit harassment, discrimination, and retaliation whether engaged in by fellow employees, by a supervisor, manager, Chief Operating Officer, or physicians, or by someone not directly connected to the Clinic, such as vendors, guests or members/clients/customers.

Conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings, and business-related social events.

As referenced above, the Clinic prohibits retaliation against any individual who reports discrimination or harassment or participates in an investigation of such reports. Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will be subject to disciplinary action.

F.      COMPLAINT PROCEDURE

If you at any time feel that you are being harassed, please confront the harasser and ask that the conduct stop. If you are uncomfortable doing this, or the conduct does not stop, be sure to bring this to the attention of your supervisor. If you ever feel you have witnessed harassment of others, bring it to the attention of your direct supervisor or the Chief Operating Officer or the Physician Group Leader, immediately.

Important Notice to All Employees: Employees who have experienced conduct they believe is contrary to this policy have an obligation to take advantage of this complaint procedure. An employee's failure to fulfill this obligation could affect his or her rights in pursuing legal action.

The Clinic will investigate the matter as discreetly as possible and inform you of the results of the investigation. If the investigation shows that the accused employee did engage in harassment, the Clinic will take appropriate disciplinary action, up to and including discharge. There will be no reprisal or retaliation for raising harassment concerns.

## II.      EMPLOYEE SELECTION AND ORIENTATION

A.      EMPLOYEE HEALTH, ATTITUDE, CONDUCT, AND DRESS CODE

PF 00011

1. As a professional, employees are required to conduct themselves in a professional manner at all times.

2. It is expected that each employee will practice conservative taste in dress and appearance. Extremes should be avoided. All employees must practice good personal hygiene.   Staff are expected to dress professionally at all times.     If dressed inappropriately, a supervisor may ask you to correct the problem.   Employees exposing body piercings, tattoos or unusual hair colorings should discuss and be approved by the employee's direct supervisor.

Employee meetings called by the Chief Operating Officer are mandatory to attend unless an exception is granted by the Chief Operating Officer prior to the meeting.

3. Property of the Clinic is not for private use.   Company computers, internet and emails are a privileged resource and must be used only to complete essential job-related functions.   Employees are not permitted to download any software that has not been previously authorized by your supervisor.

4. Employees are reminded that they should have no expectation of privacy in their use of company computers or equipment.   All documents, files, voice-mails and electronic information, including e-mails and other communications, created, received or maintained on or through company property are the property of the Clinic, not the employee.   Therefore, employees should have no expectation of privacy over those files or documents.

5. Office phone/cellular phone use. Office and cellular phone use for personal reasons during business hours should be rare.   Personal calls during the work hours, regardless of the phone used can interfere with employee productivity and be distracting to others.

- Employees will clock out when they take a personal call.
- No photos or video of confidential business items is allowed.
- Personal texting and messaging is the same as a personal phone call.
- No using a cell phone while driving when on the clock for the Clinic.
- No personal long-distance phone calls may occur from business phones.

B.    EMPLOYMENT STATUS CATEGORIES

PF 00012

1.  It is the policy of the Clinic to categorize the status of employees in order to make distinctions in benefits and conditions of employment among employees. Categories are determined as follows:

    a.  Regular Full-Time Employees: Employees who have satisfactorily completed the orientation period and who regularly work 70 or greater hours per pay period.  Your supervisor will determine if your position allows for the minimum 35 hours per week on average.

    b.  Regular Part-Time Employees: Employees who have satisfactorily completed the orientation period and work approximately  20 hours per week.

    c.  Temporary Employees: Employees holding jobs of limited or specified duration arising out of special projects, position vacancy pending appointment, the absence of a position incumbent, abnormal work loads, emergencies, or other reasons established by the Clinic. Temporary employees may work either full or part-time.

        i.   Non-exempt Employees: Employees covered by overtime pay and other distinctive provisions of the Fair Labor Standards Act or applicable state laws.  Such employees are entitled to overtime pay for work required to be performed by the Clinic over 40 hours per week. Vacation, sick, and holiday paid time off is not included in overtime calculations.  All employees of the Clinic are classified as non-exempt with the exceptions of the Chief Operating Officer, nurse practitioners, physician assistants, certified first assistants, and any other salaried employees, who are classified exempt.

        ii.  Exempt Employees:  Exempt employment status includes most of those working as executives, administrators, managers, professional staff, technical staff, sales representatives, officers, directors, and others whose duties and responsibilities allow them to be classified as being exempt from overtime pay provisions as provided by the Fair Labor Standards Act (FLSA) and any applicable state laws. If you are an exempt staff member, you are excluded from the compensatory and overtime pay provisions of the FLSA and may be required to work beyond your normal work week without compensatory time off or additional payment.

C.      EMPLOYEE ORIENTATION

1.  The Clinic believes that a smooth and thorough orientation of new employees results in a positive integration into the Clinic's operations

PF 00013

and will lead to a more productive and satisfying employment relationship. For this reason, new employees will undergo a three (3) month orientation period during which they will receive information about the Clinic's employment practices such as:

    a.  Personnel policies

    b.  Background information

    c.  Organizational functions

    d.  Employee's role in meeting clinical goals

    e.  Employee's job content and performance evaluation standards, job safety, promotional opportunities, and any other information deemed pertinent to promote employee orientation.

Eligible personal time off (PTO) will accrue starting with the first day of employment but may not be taken until 30 days after the date of employment.

## III.    HOURS OF WORK

    A.    GENERAL HOURS OF WORK

        1.  The Chief Operating Officer or designee, upon consultation with the physicians, will determine operational days and hours of work, or the modification thereof. Unless otherwise assigned, the normal days and hours or work are as follows:

        a.  Office hours are from 8:00 AM to 5:00 PM, Monday through Friday. Work hours during the normal office hours may be changed or staggered at the discretion of the employee's supervisor or the Chief Operating Officer based on the needs and requirements of business operations.  Employees may only start their work day a maximum of 30 minutes prior to the start of business (7:30 am) on any given day. Exceptions to this rule should be only on rare occasions and pre-approved by the employee's supervisor in advance.

        b.  An employee may be required to work an unscheduled day or period of hours within the same work week, in which case the unscheduled time worked shall be treated as a modified work schedule and not subject to overtime compensation on the basis of a changed work period unless the unscheduled time exceeds the normal 40 hour a week work schedule.

c.  Employee breaks will be designated by the employee's direct supervisor. All phones will be staffed unless special permission is granted by the Chief Operating Officer to have phones answered by the answering service.

d.  Employees are expected and required to report to their designated work locations at the prescribed time and ready to commence their work activity. Tardiness, unexcused absence, or failure to report as required may result in disciplinary action. In the event an employee cannot report to work as scheduled, the employee must notify their direct supervisor prior to scheduled reporting time. In all cases of an employee's absence or tardiness, the employee shall provide the supervisor with a reason for the absence.

e.  Excessive absenteeism, regardless of reason, which renders an employee insufficiently available for work may be grounds for disciplinary action, including termination.

B.     OVERTIME, CALLBACK, AND EMERGENCY WORK HOURS

1.  As business or specific operational needs of the Clinic dictate, it may become periodically necessary for employees to be available for work beyond their daily or weekly work schedule, or to return to work after departing the Clinic premises, following completion of their normal work schedule. This shall be treated as overtime for non-exempt employees and it will be treated the overtime pay rate for each hour worked in excess of 40 in that work week. All overtime must be authorized in advance by the employee's direct supervisor or the Chief Operating Officer.  Abuse of the above may be grounds for discipline.

2.  Paid holidays, vacations and other forms of paid leave are not treated as time worked for purposes of computing overtime pay.

a.  Work Schedule Exchanges.  The exchanging of workdays or work hours is generally discouraged because of its inherent disruptive effect on record keeping and continuity of work progress. However, under appropriate circumstances, such exchanges may be authorized on a limited basis. Exchange requests must be submitted in advance to the Chief Operating Officer, supervisor, or designee for approval.

b.  Meals. Employees will take their meal at times and under conditions prescribed by their direct supervisor. It is the intent of this policy to provide opportunities for employees to meet their dietary and health needs, as well as to relax periodically from assigned work tasks.

PF 00015

Employees are encouraged to use the staff lounge during meal breaks and need specific approval to eat at their work stations if there is a business need, as determined by the supervisor.

c.  Inclement weather/emergency closing.  On days when there is inclement weather, the Clinic encourages employees to use their discretion to avoid the early morning rush traffic, and stagger arrival at work.  Employees unable to arrive at their scheduled start time should notify their supervisor.  Supervisors may also send employees home early.

Staying home due to inclement weather is unpaid time, which may be made up with PTO, as deemed appropriate between the employee and the supervisor.

At times, emergencies such as severe weather, fires, or power failures can disrupt company operations.  The decision to close the office will be made by the Chief Operating Officer.

When the decision is made to close the office, employees will receive official notification from their supervisors.

Time off from scheduled work due to emergency closings will be unpaid for all non-exempt employees.  However, if employees would like to be paid, they are permitted to use PTO time if it is available to them.  It is the Chief Operating Officer's discretion whether to override this section of the handbook.

## IV.    COMPENSATION AND PAYROLL PRACTICES

### A.    COMPENSATION POLICY

1.  It is the policy of the Clinic to pay and provide other compensatory incentives to its employees in a competitive and equitable manner in order to attract and retain the most capable employees, who will contribute to their own success by their contributions to the Clinic. To accomplish the basic intent of this policy, the Clinic has established the following plan, provisions, and standards for employee compensation.

2.  Additionally, the types of compensation provided in this handbook shall be regarded as payment in full for employee services rendered to the Clinic and no employee may accept any other compensation for services performed on behalf of the Clinic.

PF 00016

B.      WAGE PLAN

1.  Employee wages are determined by the physicians and the Chief Operating Officer. It is the Clinic's intent not to violate the principles, provisions, and standards set forth in the Equal Pay Act regarding equitability of pay among classes of work having the same or similar duties, responsibilities, requirements, and conditions of work.

    Paychecks will be issued biweekly.  Paychecks will not be given to anyone but the employee unless management is provided with a written authorization from the employee.

    If an error is discovered in a paycheck, notify your supervisor immediately.

    If a paycheck is lost or stolen, notify management immediately. The Clinic may ask the employee to wait a reasonable amount of time to see if the check clears the bank. If it does not, the Clinic will issue a new check to the employee only, unless a written authorization instructs otherwise.

2.  The actual amount of your paycheck does not tell the whole story of your pay. Your real paycheck is the total before deductions. The Clinic is required to deduct from each employee's pay, where applicable, amounts including, but not limited to, federal and state withholding taxes, social security taxes, and any garnishments or court ordered assignments. Other deductions may be made, only with your written authorization, for items such as employee purchases, insurance contributions, and credit union accounts.

3.  Deductions from pay may occur when an employee: is absent from work for one or more full days for personal reasons other than sickness or disability; for absences of one or more full days due to sickness or disability if the deduction is made in accordance with a bona fide plan, policy or practice of providing compensation for salary lost due to illness; to offset amounts employees receive as jury or witness fees, or for military pay; or for unpaid disciplinary suspensions of one or more full days imposed in good faith for workplace conduct rule infractions (see policy on penalties for workplace conduct rule infractions).

    Also, you may not receive your full salary in the initial or final week of employment if you work less than a full week.  Full or partial day deductions may also occur as a penalty imposed in good faith for infractions of safety rules of major significance, or for weeks in which an exempt employee takes unpaid leave under the Family and Medical Leave Act. In these circumstances, either partial day or full day deductions may be made.

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

PF 00017

It is our policy to comply with the salary basis requirements of the Fair Labor Standards Act (FLSA). Therefore, we prohibit all company supervisors from making any improper deductions from the salaries of exempt employees. We want employees to be aware of this policy and that the company does not allow deductions that violate the Act.

If you believe that an improper deduction has been made to your salary, you should immediately report this information to your direct supervisor, or to the Chief Operating Officer.

Reports of improper deductions will be promptly investigated. If it is determined that an improper deduction has occurred, you will be promptly reimbursed for any improper deduction made.

4. Should the Clinic be served with a court-ordered assignment or garnishment on your wages, the Clinic is required by law to withhold the amount stated, and, as permitted by the garnishment limits of state law. In addition, the Clinic may also withhold a reasonable administrative fee.

C.   COMPENSATION UPON EMPLOYMENT SEPARATION

1. Employees leaving the Clinic will receive their final paycheck within the period prescribed by law. Final pay will consist of all hours worked from the last pay period to the employee's last day and hour of work, and any form of accrued hours deemed compensable in this handbook. The final paycheck may also be reduced by the amount or value of any offsets allowable by law, and normal deductions required.

2. Any property issued to the employee by the Clinic must be returned prior to or at the time the final paycheck is provided. Unless the employee asks to pick up the final paycheck in person, it will be mailed automatically to the employee's last known address on record. Returned paychecks will be held by the Clinic for a maximum period of thirty (30) calendar days.

V.   **BENEFITS, HOLIDAYS AND LEAVE**

A.   GENERAL PROVISIONS AND APPLICATIONS

1. The Clinic has established a variety of employee benefit programs designed to assist you and your eligible dependents in meeting the financial burdens that can result from illness and disability, and to help you plan for retirement. This portion of the Employee Handbook contains a very general description of the benefits to which you may be entitled as an employee of the Clinic. Please understand that this

PF 00018

general explanation is not intended to, and does not, provide you with all the details of these benefits. Therefore, this Handbook does not change or otherwise interpret the terms of the official plan documents. Your rights can be determined only by referring to the full text of the official plan documents, which are available for your examination from the Human Resources staff. To the extent that any of the information contained in this Handbook is inconsistent with the official plan documents, the provisions of the official documents will govern in all cases.

2. The Clinic strives to provide the best, most equitable and cost-effective benefits for employees in recognition of the influence employment benefits have on the economic and personal welfare of each employee.

3. Employees should likewise recognize that the total cost to provide the benefit program described herein is a significant supplement to each employee's pay, and should therefore be viewed as additional compensation, paid in various benefit forms, on behalf of each employee.

4. Policies, provisions, and procedures that govern the Clinic's benefit program will apply to all regular, full-time and some part-time employees, as provided herein.

5. Benefits are discretionary and may change at any time. Employees will be notified upon any changes.

B.  MEDICAL INSURANCE BENEFITS

1. The first day of the month after the first thirty (30) days of employment, all full-time regular employees who work an average of thirty (30) or more hours per week are eligible to enroll in the Clinic's group health and dental plan.

2. After three (3) months of employment, all full-time and part-time employees are eligible to enroll in the Clinic's group life insurance plan.

C.  RETIREMENT

The Clinic has established a 401k and Cash Balance Plans. The Clinic offers a voluntary pre-tax salary reduction plan in which regular full-time and regular part-time employees who are 21 years of age or older, may elect to participate. For employees hired after December 31, 2015, the waiting period is one year. Employees must work at least 1,000 hours

PF 00019

during that first year.  Further details about the Plan may be obtained from the Chief Operating Officer and the Plan document.

D.  WORKER'S COMPENSATION

As required by law, the clinic provides worker's compensation benefits for the protection of employees with work-related injuries.  Worker's compensation insurance provides coverage to employees who receive job-related injuries.  If an employee is injured as a result of his/her job, it is the employee's responsibility to immediately notify a supervisor of their injury in order to receive benefits.  Report every injury to your supervisor, who will advise on the proper procedure for submitting a worker's compensation claim.  Failure to report a worker-related injury could result in denial of benefits.

E.  HOLIDAYS

1.  The following days will be observed as paid holidays. Employees will be paid at their normal rate for these days. Part-time employees will be paid for holidays only if the holiday falls on a day that they are normally scheduled to work.

New Year's Day (January 1st)
Memorial Day (the Monday holiday)
Independence Day (July 4th)
Labor Day (the Monday holiday)
Thanksgiving Day and the following Friday
Christmas Day (December 25)

If the holiday falls on a Saturday, the office may be closed on Friday. If it falls on Sunday, the office may be closed on Monday. Occasional exceptions or specific changes to these rules will be posted on the on-call calendar.

2.  Patterned absences such as before or after holidays or weekends are considered unexcused absences and may be subject to discipline.

3.  PTO will not accrue on holiday hours for employees.

F.  LEAVE

1.  Paid Time Off (PTO) & Timekeeping

a.  To provide a competitive benefit structure and encourage less sick absence the Clinic has implemented a PTO (Paid Time Off) Plan. PTO is an employee benefit that provides a bank of hours in which the employer pools sick days, vacation days, and personal days that allows

PF 00020

employees to use as they need.   It is up to the employee to professionally manage their own PTO hours.

b. The following PTO accrual schedule has replaced the previous vacation and sick leave annual accrual schedule.

    i.  0-4.99 years of employment with NSA accrues 0.06556 PTO hours per hour worked.

    ii.  5.00-9.99 years of employment with NSA accrues 0.07722 PTO hours per hour worked.

    iii.  10+ years of employment with NSA accrues 0.09639 PTO hours per hour worked.

    iv.  Mid-level providers will not accrue PTO.

    v.  Unused PTO will be cashed out should you leave employment at the Clinic. The amount you would receive is the amount of accrued PTO, less any advanced PTO which has not already been deducted from your paycheck.  However, the amount of PTO paid to you shall not two times the annual amount of your accrued PTO.

    vi.  For those employees who accrued legacy time under the prior system, legacy time shall only be utilized for consecutive days of illness (six or more) after five consecutive days of PTO is utilized (for illness only), according to our minimum hour requirement per pay period, when accompanied by a physician's note.  Legacy time shall not be cashed out if you should leave the Clinic.

    vii.  Staff should manage their own PTO hours and should always consider keeping PTO available if an unexpected personal or family injury or illness occurs.  Your PTO balance is listed on your biweekly paystub which is provided to you every payday. If you are still unsure of your PTO balance, please inquire with the human resource staff.  If you have an emergent situation and do not have PTO to use, contact your supervisor to discuss options.  Upon approval, the Chief Operating Officer may offer to advance you PTO hours you have not yet accrued.   This should occur only for emergent extenuating circumstances only.   If PTO goes negative for non-emergent reasons, the Clinic will enforce the Discipline Policy.  Employee with a negative PTO balance may not take additional time off unless an emergent situation arises.  Employee may be asked to sign an agreement stating these terms.

PF 00021

    viii.  If you are full-time and you do not work the minimum 70 hours per pay period, you must use your PTO time to make up the missed hours.  Accounting staff have authority to automatically use your PTO hours at time of payroll to meet the minimum 70 hour per pay period requirement.  PTO will not accrue on vacation, sick or holiday hours for employees.

2.  Timekeeping

    a.  Full time hours are considered 70 hours per pay period.  Your supervisor will determine if your position allows for the minimum of 35 hours per week on average or 70 hours per pay period.  Some office staff may need to work up to 40 hours per week or 80 hours per pay period.

    b.  No employee can solely work from home.

    c.  No overtime is allowed at any time without the prior consent of your supervisor.  Employees will be paid overtime rate when overtime occurs.

    d.  All employees may only start their shift up to 30 minutes prior to start of business hours which is currently 7:30 am. Exceptions should occur on only rare occasions and will be considered for extenuating circumstances only and should be approved by your supervisor

    e.  Each supervisor will work with the employee to set their work week schedule.

    f.  The employee is responsible to clock in and out of the time system. Employee start time occurs when they are in the Clinic and ready to begin work.  Clock in time does not start in the elevator or the employee parking lot.   Drive time from the clinic to "work from home" is not countable time as staff should not be texting or taking work related phone calls while driving.  Drive time to and from business entities is considered work hours.  Staff are to clock in when they arrive to their desk or at one of the office kiosks and clock out as they leave their desk or at one of the office kiosks at the end of a work day.  Only on rare occasion should the employee ask the human resource staff or their supervisor to clock in or out for them.

    g.  Time off requests will be requested in writing and decided by your immediate supervisor.  If you are denied a day off, and you call in

PF 00022

sick on the same date, you may be subject to immediate termination.

h.  Make up hours should be rare.  This can be discussed with your direct supervisor.

i.  For tracking purposes, all employees will use the time clock to report hours. This includes exempt employees for benefit tracking.

j.  Employees must clock out for lunch periods when not working. As an example, if you leave the building to go over to the hospital for non-work related reasons such as to pick up breakfast or lunch, or if you sit in the break room for lunch or a personal break, leave the building for a walk, etc., you <u>must</u> clock out. This is a compliance requirement.

k.  If you need more work to fulfill your required hours, ask your surrounding staff if they need help, ask your supervisor what to do, help out Clinic staff, clean the office, etc.

3.  Court Leave

a.  Employees called to serve jury duty must notify the Chief Operating Officer, their direct supervisor or designee of the jury summons and the period they are on call. If they are selected to serve on a jury, the absence will be an excused absence, and they will be paid the difference between the salary or wages they would have made had they worked that day, without considering any overtime, less the amount of money they received for the jury service.

b.  If jury days are partial (less than normal working hours) the employee is expected to report to work the remainder of the day.

4.  Maternity Leave

a.  A leave of absence without pay will be granted to all pregnant employees requesting maternity leave. Leave will start and end at the recommendation of the employee's physician.

b.  The employee will be expected to return to work full time at the end of that time period.

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

PF 00023

c.  Accrued PTO may be taken during this time but will not accrue during maternity leave.  Other benefits will continue during maternity leave.

5.  Bereavement Leave

a.  In the event of serious illness or death in an employee's immediate family, regular full-time employees will be granted a leave of absence. Three (3) days of paid bereavement leave will be granted. All requests must be approved by the Chief Operating Officer. Immediate family includes the employee, the employee's spouse, and their children, parents, step-parents, step-children, sisters, brothers, grandparents, and grandchildren.

6.  Military Leave

a.  Employees who leave the Clinic from a regular full-time position for service in the Armed Forces will be granted an unpaid military leave. They are entitled to reemployment rights upon their honorable separation or discharge, provided application for reemployment is made within ninety (90) days following release from active duty. The Clinic will cooperate with members of the Reserve and Guard in scheduling leave needed for active duty. Reservists must make application for reemployment within 31 days of leaving active duty.

b.  An employee who is a member of a Reserve or National Guard unit may be granted leave without pay to attend the regular training programs. Accrued leave benefits, if available, may be used for leave if the employee desires. A written request for leave, along with a copy of military orders, should be presented to the Chief Operating Officer as soon as the military advises the employee of the training schedule.

7. Other Leave

If it becomes necessary for you to be away from employment for an extended period of time, please discuss this with your supervisor or the Chief Operating Officer.  Regular full-time employees may request an unpaid leave of absence after using all of their banked PTO.  A request for a leave of absence must be submitted in writing in advance to the Chief Operating Officer who will review and determine if approval is appropriate.  Leave of absences granted are unpaid and will not be considered until an employee has exhausted all appropriate accrued leave balances.  Continuation of employee benefits during a leave of absence will be addressed on an individual basis, as required by law. PTO will not accrue during an "other" qualifying leave of absence.

PF 00024

This category is not to be utilized for extended vacation time off but more for extended illnesses or injuries.

## VI.  PERFORMANCE EVALUATION AND PROMOTION

### A.  PERFORMANCE EVALUATIONS

1. The Clinic maintains a policy of evaluating the job performance of its employees as a means of measuring efficiency and effectiveness of operations, providing employees with meaningful information about their work, and aiding the Clinic in making personnel decisions relate to such areas as training, compensation, promotion, job assignments, retention, and long-range planning.

2. Evaluation of employees is intended to be participatory in nature, involving the employee's input.

3. Among the factors evaluated during performance reviews are: the employee's quality and quantity of work, work habits, pleasantness, cooperation, loyalty, attitude, interpersonal relations, support of team effort, initiative, punctuality, attendance, dependability, and adaptability to job conditions.

4. Each performance evaluation will be discussed with the applicable employee to point out both areas of successful performance and areas that need improvement or that are unacceptable. Employees are encouraged to comment about their work performance, in writing or verbally, and to discuss working conditions and offer suggestions for improving business operations.

5. The employee's direct supervisor, physician or the Chief Operating Officer will meet with employees during and at the end of the orientation period. Performance evaluations will thereafter be conducted periodically by the employee's direct supervisor, physician or the Chief Operating Officer.

### B.  COMPENSATION REVIEW POLICY

1. Employee's compensation will be reviewed periodically. Compensation increases are the sole discretion of the employer.

2. Compensation increases are not automatic and not on an annual basis but are based on the ability of the Clinic to pay and the employee's job performance.

PF 00025

## VII.   TRAINING, SAFETY, AND EDUCATION

### A.   TRAINING

1.  The Clinic believes that training is an integral part of the success and efficiency of its operation, and instrumental to employee development and career advancement.

2.  Responsibility for the development of employee training programs is assigned to the employee's direct supervisor, who will review training needs at regular intervals to assure that effective training is accomplished within the Clinic's financial resources and training priorities.

### B.   SAFETY AND HEALTH

1.  The health and safety of employees and others on the Clinic's property are of the utmost concern. It is therefore the policy of the Clinic to strive for the highest possible level of safety in all activities and operations, and to carry out our commitment of compliance with all health and safety laws applicable to our practice by enlisting the help of all employees to ensure that public and work areas are free of hazardous conditions.

2.  The Clinic will make every effort to provide working conditions that are as healthy and safe as feasible, and employees are expected to be equally conscientious about work-place safety, including proper work methods, reporting potential hazards and abating known hazards.

3.  Unsafe work conditions in any work area that might result in an accident should be reported immediately to the employee's direct supervisor or the Chief Operating Officer. The Clinic's safety policy and practices will be strictly enforced, including possible termination of employees found to be willfully negligent in the safe performance of their jobs.

### C.   EDUCATION

The Clinic may be willing to reimburse employees for the tuition after successful completion of courses taken relative to the employee's job. All requests for reimbursement must be submitted (prior to commencement of selected course) via email to the employee's direct supervisor for case-by-case review. The course must be taken on the employee's time, without pay, unless an exception is approved in advance.

PF 00026

## VIII.   SECURITY AND CONFIDENTIALITY

1. It is the policy of the Clinic to maintain strict control over entrance to the premises, access to work locations and records, computer information, and cash or other items of monetary value. Employees who are assigned keys, given special access, or assigned job responsibilities in connection with the safety, security, or confidentiality of such records, material, equipment, or items of monetary or business value will be required to use sound judgment and discretion in carrying out their duties, and will be held accountable for any wrongdoing or acts of indiscretion.

2. Employees are bound by legal and moral obligation to insure ALL information regarding the Clinic's physicians, employees, patients and their illnesses, should not be divulged to anyone other than persons who have a right to know, or are authorized by appropriate authority to receive such information. This policy of handling confidential information extends to both external and internal disclosure.

3. Confidential information obtained as a result of employment with the Clinic is not to be used by an employee for the purpose of furthering any private interest, or as a means of making personal gains. Use or disclosure of such information can result in civil and criminal penalties, both for the individual involved and for the Clinic.

4. Employees are prohibited from answering any questions or releasing any information outside the Clinic regarding patient files, illness or personal life, without written consent from the patient and the physician. Unauthorized release of confidential information will be grounds for immediate termination of employment.

## IX.   EMPLOYMENT SEPARATION

### A.   RESIGNATIONS

1. An employee wishing to leave employment with the Clinic in good standing are encouraged to file a written resignation with the employee's direct supervisor or the Chief Operating Officer at least two (2) weeks prior to the effective date.

2. Failure of the employee to give such notice will be noted on the employee's service record and may result in denial of future employment by the Clinic.

PF 00027

B.      CHECKOUT UPON SEPARATION

Employees who resign, retire, or are discharged will be required to turn in any clinic-owned property or working material to their direct supervisor no later than their final workday. Employees may also be asked to complete and discuss details provided by the exit interview form with their direct supervisor and/or the Chief Operating Officer.

C.      COBRA BENEFITS

Under the federal Consolidated Omnibus Budget Reconciliation Act (COBRA) an employee who terminates employment (for reasons other than gross misconduct on the employee's part) or who loses health and dental coverage due to a reduction in work hours may temporarily continue group health and dental coverage for him/herself, his/her spouse, and any covered dependent children at the full premium rate plus administrative fees.  That eligibility normally extends for a period of 18 months from the qualifying date.  For more information, please contact the Chief Operating Officer.

X.    **MISCELLANEOUS**

A.      CLEANLINESS

Cleanliness is vital to the business practices of the Clinic. Failure to insure good sterilization and personal hygiene habits may spread disease from patient to patient or from patient to employee. Therefore, it is required that employees keep their clothing clean and wash their hands before and after touching a patient.

B.      SMOKING

Smoking is prohibited in the office by employees, patients, and visitors. Smoking is currently prohibited on the Boise facility grounds per hospital policy.  Smoking breaks other than during your lunch break should be rare and approved by your supervisor.  Frequent breaks for smoking can have an impact on the employee's productivity in the workplace.

C.      HOUSEKEEPING

Each employee is responsible for maintaining a clean, uncluttered workstation. At the end of each day, desks should be neat and all machines turned off and covered. Each employee is responsible for keeping the lounge and kitchen area clean after each use.

D.      ACCOMMODATIONS FOR BREASTFEEDING MOTHERS

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

PF 00028

The Clinic supports new mothers by providing a private space and reasonable time for expressing milk, in accordance with law, provided the employee offers reasonable notice of her intent upon returning to work. Generally, this is provided for up to one year after the child's birth.

E.    POLICY QUESTIONS

Any questions of comments relating to content or interpretation of these personnel policies should be directed to the employee's direct supervisor or the Chief Operating Officer.

F.    PARKING

All employees will park out near the helicopter pad or other employee parking area.  Employees with prior authorization may park in the Clinic assigned parking area.

G.    PERSONAL APPEARANCE STANDARDS

1.  Employees will be expected to present themselves during working hours in attire that is appropriate to their position and the nature of work performed.

2.  Employees having personal contact with patients and the general public should be particularly conscious of maintaining dress, grooming, and hygiene standards that present the business image desired by the Clinic.

H.    FINANCIAL AFFAIRS

Employees are cautioned that the Clinic does not condone, nor assume any liability for, the practice of lending or borrowing money, or anything of monetary or personal value, between employees. Employees, who voluntarily participate in such activity or create these obligations, do so at their own risk.

I.    DISCIPLINE POLICY

1.  As a matter of policy, the Clinic seeks to resolve conduct and performance problems in the most informal and positive manner possible.

2.  To insure the equitable processing of disciplinary actions, the Chief Operating Officer, direct supervisor, or designee is responsible for the proper handling of such matters, including the assurance that employee rights are protected, and that appropriate action is taken when

PF 00029

circumstances warrant.  The Chief Operating Officer, direct supervisor or the designee may or may not choose to follow the progressive discipline types listed below.

3.  The types of discipline that may occur, but are not required, are as follows in general order of increasing formality and seriousness:

> Verbal reprimand
> Written reprimand
> Suspension (dependent on circumstances)
> Termination

J.  MEDICAL EMERGENCIES

In the event of a medical emergency, the following steps are to be taken:

a.  Summon an ambulance – dial 9-1-1.

b.  Advise a fellow employee to notify a member of management that a medical emergency is under way.

c.  Inform another coworker to wait at the front door for the ambulance service to direct them to the injured or ill person.

Management will notify the employee or patient's emergency contact person of the situation.

K.  FIRE EMERGENCIES

In the event of fire, leave the building by means of stairways. Do not use the elevators. Follow the posted evacuation plans for your area of the building. Leave the premises immediately and gather in the designated parking lot location. 9-1-1 should be called only after safely evacuating the building.

L.  MOONLIGHTING

The Clinic discourages outside employment as this may impact your job performance with our company.   The Clinic's expectation is that employees will show up present, prompt and prepared to fulfill his or her job description.   If employees are attempting to manage multiple employment responsibilities, inevitably job performance is negatively affected.   Fatigue, transportation problems, lack of sleep, and poor attentiveness have the potential to jeopardize patient care and safety.

The Clinic may ask the employee to terminate the outside employment if he or she wishes to remain with the Clinic.  If the outside employment

EMPLOYEE HANDBOOK EFFECTIVE 10/05/18

presents a conflict of interest as determined by leadership of the Clinic, the employee may be asked to make an employment choice.  If you are contemplating additional employment outside of the Clinic, it is suggested that you discuss this with your supervisor or Physician.

Work assignments and schedules will not be changed for you to perform duties not related to the Clinic.

PF 00031