UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIANNA COLO,<br><br>                Plaintiff,<br><br>v.<br><br>NS SUPPORT, LLC, an Idaho limited liability company, d/b/a NEUROSCIENCE ASSOCIATES,<br><br>                Defendant. | Case No. 1:20-CV-00437-DKG<br><br>**VERDICT FORM** |

We, the Jury, in the above-entitled action, unanimously find as follows:

**QUESTION 1:** Did Plaintiff Brianna Colo prove her retaliation claim under Title VII of the Civil Rights Act of 1964 and the Idaho Human Rights Act by a preponderance of the evidence?

        **Answer:** YES __✗__      NO _____

*If you answered YES to Question 1, please answer Question 2. If you answered NO to Question 1, please sign the verdict form and notify the Bailiff.*

**QUESTION 2**:   What are Plaintiff's damages, if any?

Back pay: $300,000

Front pay: $1,350,000

*When you have completed this verdict form, please sign and date it and notify the Bailiff.*

Date: 9/30/2022

redacted
Signature of Presiding Juror